UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>NICK T. NGUYEN, DPM,  )<br>)<br>Defendant.  )<br>_____ ) | CR-S-04-CR-182-KJD-PAL |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#95) on August 11, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

**Name of Payee:** Centers Medicare Medical Services

**Total Amount of Restitution Ordered: $199,000.00**

Dated this ___3rd___ day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE